AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Jr., Lamar W. | United States Bankruptcy Court, GA/S | 09/18/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Post Office Box 9714
Savannah, Georgia 31412

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Limited Power of Attorney | Parent |
| 2. | Trustee | RB Trust - 1 |
| 3. | Limited Power of Attorney | Spouse |
| 4. | Co-Executor | Parent |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Section - State Bar of Georgia | November 10-11, 2011 | Reynolds Plantation, Greensboro, GA | Seminar | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Advisors | Brokerage Account Margin Balance | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account, SunTrust Bank | A | Interest | J | T | | | | | |
| 2. Checking Account, SunTrust Bank | A | Interest | K | T | | | | | |
| 3. Marshland, Chatham County, Georgia | | None | J | W | | | | | |
| 4. *****INVESTMENT ACCT. 1: | | | | | | | | | |
| 5. KO | C | Dividend | M | T | | | | | |
| 6. MEN | C | Interest | K | T | Sold (part) | 06/22/11 | J | B | |
| 7. MVT | C | Interest | K | T | Sold (part) | 06/22/11 | J | C | |
| 8. USA | A | Dividend | J | T | | | | | |
| 9. DLTNX | B | Interest | K | T | Buy | 06/22/11 | K | | |
| 10. Cash - Charles Schwab and Company | A | Interest | J | T | | | | | |
| 11. *****INVESTMENT ACCT. 2: | | | | | | | | | |
| 12. ABMD | | None | J | T | | | | | |
| 13. JDSU | | None | J | T | | | | | |
| 14. TGMNX | B | Interest | K | T | | | | | |
| 15. VFIIX | C | Interest | M | T | Buy | 05/31/11 | J | | |
| 16. | | | | | Buy | 09/22/11 | L | | |
| 17. | | | | | Buy | 10/24/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DLTNX | C | Interest | M | T | Buy | 05/31/11 | K | | |
| 19. | | | | | Buy | 09/22/11 | L | | |
| 20. FMLSX | A | Interest | L | T | Buy | 09/22/11 | K | | |
| 21. | | | | | Buy | 11/17/11 | K | | |
| 22. | | | | | Buy | 11/21/11 | J | | |
| 23. SPY | A | Dividend | L | T | Buy | 09/22/11 | K | | |
| 24. | | | | | Buy | 11/17/11 | J | | |
| 25. | | | | | Buy | 11/23/11 | J | | |
| 26. DODIX | A | Interest | L | T | Buy | 09/03/11 | K | | |
| 27. DVY | A | Dividend | L | T | Buy | 10/25/11 | K | | |
| 28. | | | | | Buy | 11/17/11 | K | | |
| 29. | | | | | Buy | 11/21/11 | K | | |
| 30. DIA | A | Dividend | L | T | Buy | 11/17/11 | K | | |
| 31. | | | | | Buy | 11/21/11 | J | | |
| 32. | | | | | Buy | 11/23/11 | K | | |
| 33. Cash - Charles Schwab and Company | | None | K | T | | | | | |
| 34. Northwestern Mutual Life Insurance - ▨ Life | E | Dividend | | | Redeemed | 09/09/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual Life Insurance - ▮▮▮ | C | Dividend | L | T | | | | | |
| 36. Metropolitan Life | A | Dividend | J | T | | | | | |
| 37. ***** TRUST - 1: | | | | | | | | | |
| 38. LLC Office Building and Land, Savannah, Georgia | D | Rent | N | W | | | | | |
| 39. LLC Farm and Timber, Georgia | | None | M | W | | | | | |
| 40. Residence, Savannah, Georgia | | None | | | Sold | 10/21/11 | L | | |
| 41. Cobb CNTY & Mar 5.25% 19 11/1/19 | B | Interest | K | T | | | | | |
| 42. College Park, GA 4.8% 24 9/1/24 | B | Interest | K | T | | | | | |
| 43. Dekalb CNTY GA 5% 20 1/1/20 | B | Interest | K | T | | | | | |
| 44. Georgia State GO 5% 17 5/1/17 | B | Interest | K | T | | | | | |
| 45. Georgia State GO 4.5% 19 7/1/19 | B | Interest | K | T | | | | | |
| 46. Monroe Cty, GA 3.75% 13 11/1/13 | B | Interest | K | T | | | | | |
| 47. Monroe Cty, GA 4.1% 16 11/1/16 | A | Interest | K | T | | | | | |
| 48. Columbus, Georgia Water 5.2% 5/1/14 | A | Interest | K | T | | | | | |
| 49. MIR/GEN | | None | J | W | | | | | |
| 50. MIR Escrow | | None | J | W | | | | | |
| 51. Sportsend SPSD | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mirant Warrants MIRWA | | None | J | W | | | | | |
| 53. Schwab Money Market (cash reserves) | A | Interest | M | T | | | | | |
| 54. Cedar Document Technologies | | None | J | W | | | | | |
| 55. SPY | B | Dividend | L | T | | | | | |
| 56. DIA | A | Dividend | K | T | | | | | |
| 57. VFIIX | B | Interest | L | T | Sold (part) | 04/13/11 | K | A | |
| 58. DLTNX | B | Interest | K | T | Buy | 04/01/11 | K | | |
| 59. TGMNX | B | Interest | | | Sold | 04/01/11 | K | A | |
| 60. | | | | | Sold | 12/29/11 | K | | |
| 61. TSI | B | Interest | | | Sold | 12/29/11 | K | C | |
| 62. FMLSX | | None | K | T | | | | | |
| 63. HAP | A | Interest | | | Sold | 12/29/11 | K | | |
| 64. IEO | A | Interest | | | Buy | 04/01/11 | J | | |
| 65. | | | | | Buy | 04/01/11 | J | | |
| 66. | | | | | Sold | 12/29/11 | J | | |
| 67. DIAMX | | None | K | T | | | | | |
| 68. DODIX | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FAIRX | B | Dividend | | | Sold | 04/13/11 | J | A | |
| 70. | | | | | Sold | 11/23/11 | K | | |
| 71. PRWCX | A | Int./Div. | K | T | Sold (part) | 04/13/11 | J | A | |
| 72. | | | | | Buy | 10/03/11 | J | | |
| 73. HSGFX | A | Dividend | | | Sold | 10/03/11 | K | A | |
| 74. YAFFX | A | Interest | K | T | Buy | 04/13/11 | K | | |
| 75. | | | | | Buy | 10/03/11 | J | | |
| 76. DVY | A | Dividend | K | T | Buy | 10/25/11 | K | | |
| 77. | | | | | Buy | 11/23/11 | J | | |
| 78. *****LIMITED POWER OF ATTORNEY | | | | | Expired | 08/25/11 | | | |
| 79. *****REGULAR ACCOUNT | | None | | | Distributed | 12/22/11 | | | |
| 80. PRTAX | A | Interest | | | Sold | 06/15/11 | K | | |
| 81. VMLTX | A | Interest | | | Sold | 06/15/11 | K | | |
| 82. *****IRA (Inherited): | | | | | | | | | |
| 83. Schwab Money Market | A | Interest | J | T | | | | | |
| 84. DODIX | B | Interest | K | T | | | | | |
| 85. DLTNX | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TGMNX | B | Interest | K | T | | | | | |
| 87. VFIIX | B | Interest | K | T | | | | | |
| 88. FAIRX | A | Dividend | | | Sold | 10/25/11 | J | | |
| 89. HSGFX | A | Dividend | | | Sold | 10/25/11 | J | | |
| 90. PRWCX | A | Int./Div. | J | T | | | | | |
| 91. FMLSX | A | Dividend | J | T | | | | | |
| 92. SPY | A | Dividend | K | T | | | | | |
| 93. DVY | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 94. DIAMX | A | Dividend | J | T | | | | | |
| 95. YAFFX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Jr., Lamar W. | 09/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 78 - Limited Power of Attorney terminated as a matter of law upon parent's death August 25, 2011.

Line 79 - Assets were owned by parent and reported in prior years under my Limited Power of Attorney. I inherited a portion of these assets upon parent's death in 2011. Value of assets received by inheritance is now reported in other sections of report.

AMENDED REPORT CHANGES:

1) Charles Schwab and Company is identified as institution where cash is maintained in Part VII, lines 10 and 33.

2) The Part VII, line 11 entry in 2010 Report of "Wells Fargo Bank/AGE" is not reportable for 2011 because funds are now included in Charles Schwab and Company account reported on line 33.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lamar W. Davis, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544